AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 01, 2026**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| CHASE J. | ) |
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
|  | ) |
| FRANK BISIGNANO | |
| COMMISSIONER OF SOCIAL SECURITY | |
| *Defendant* | |

Civil Action No.   4:25-CV-05135-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Mr. J.'s Brief, ECF No. 10, is GRANTED. Defendant's Brief, ECF No. 13, is DENIED. This case is REVERSED and
REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment in favor of Plaintiff.

This action was *(check one)*:

❒  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   REBECCA L. PENNELL

Date:   4/1/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*